# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANNE HANDY, on behalf of herself and all others similarly situated, | **Case No.: 1:26-cv-00021-CM** |
| Plaintiff, | |
| v. | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #:_____<br>DATE FILED: 3/19/2026 |
| ROCKROSE DEVELOPMENT L.L.C., | |
| Defendant. | |
| RICHARD VAUVELLE, individually and on behalf of all others similarly situated, | **Case No.: 1:26-cv-00074** |
| Plaintiff, | |
| v. | |
| ROCKROSE DEVELOPMENT, L.L.C., | |
| Defendant. | |
| FERNANDO MARTINEZ, individually and on behalf of all others similarly situated, | **Case No.: 1:26-cv-00077-MMG** |
| Plaintiff, | |
| v. | |
| ROCKROSE DEVELOPMENT, LLC, | |
| Defendant. | |

**[PROPOSED] ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION TO CONSOLIDATE ACTIONS AND APPOINT INTERIM CO-LEAD CLASS COUNSEL**

Having reviewed Plaintiffs' Unopposed Motion to Consolidate Cases and Appoint Interim Co-Lead Class Counsel (the "Motion"), the Parties' briefing on the same, and for good cause shown, the Court hereby GRANTS the Motion.

IT IS HEREBY ORDERED that:

1. *Handy v. Rockrose Development L.L.C.*, No. 1:26-cv-00021-CM ("*Handy*") filed on January 2, 2026; *Vauvelle v. Rockrose Development, L.L.C.*, No. 1:26-cv-00074 ("*Vauvelle*") filed on January 6, 2026; and *Martinez v. Rockrose Development, LLC*, No. 1:26-cv-00077-MMG ("*Martinez*") filed on January 6, 2026 (collectively the "Related Cases") are consolidated pursuant to Fed. R. Civ. P. 42(a);

2. Consolidation of the Related Cases is appropriate because each of the actions arise from the same nucleus of operative facts. Consolidation will eliminate duplicative discovery, prevent inconsistent pretrial rulings, and conserve the resources of the parties, their counsel and the judiciary;

3. The Related Cases are consolidated under the caption *In re Rockrose Data Breach Litigation* with the docket number of the first-filed *Handy* action, No. 1:26-cv-00021-CM, presently before this Court and filed in this District; and any future related actions arising from the same data breach as the Related Cases which may be filed in, removed to, or transferred to this Court shall be consolidated into this same action;

4. Pursuant to Federal Rule of Civil Procedure 23(g), Adam M. Harris of Israel David LLC, Kevin Laukaitis of Laukaitis Law LLC, and Gerald D. Wells, III of Lynch Carpenter, LLP are hereby appointed Interim Co-Lead Class Counsel for Plaintiffs;

5. All deadlines in the Related Cases are vacated;

6. Plaintiffs shall file a Consolidated Class Action Complaint within thirty (30) days

of entry of this Order; and

      7.      Defendant shall file an answer or respond to the Consolidated Class Action Complaint within forty-five (45) days of service thereof.

      IT IS SO ORDERED.

Dated:   3/19/2026

Hon. Colleen McMahon
U.S. District Court Judge